**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.de.Villiers@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff,      v.  **$821,030.15 IN UNITED STATES CURRENCY,** *in rem*,     Defendant. | Case No.  3:20-cv-00036-BR  **COMPLAINT *IN REM* FOR FORFEITURE** |

Plaintiff, United States of America, for its Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 18 U.S.C. § 981; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendant, *in rem*, $821,030.15 U.S. currency, is subject to forfeiture in the District of Oregon, and is now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant, *in rem*, $821,030.15 U.S. currency, constitutes, or is derived from, proceeds traceable to 18 U.S.C. § 1343 (Wire Fraud) and is forfeitable to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as more particularly set forth in the Declaration of Joseph Schneider, Special Agent, Federal Bureau of Investigation, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendant, *in rem*, $821,030.15 U.S. currency; that due notice be given to all interested persons to appear and show cause why forfeiture of this Defendant, *in rem*, should not be decreed; that due proceedings be had thereon; that this Defendant be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this.

Dated: January 9, 2020.    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney

## VERIFICATION

I, JOSEPH SCHNEIDER declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Special Agency with the Federal Bureau of Investigation and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

<u>/s/ Joseph Schneider</u>
JOSEPH SCHNEIDER
Special Agent
Federal Bureau of Investigation

# DECLARATION OF JOSEPH SCHNEIDER

I, Joseph Schneider, do hereby declare:

## Introduction and Agent Background

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since July of 2011. I am currently assigned to the Portland Division of the FBI's Cyber Squad. In this capacity, I am charged with investigating violations of federal criminal law, specifically those involving cybercrimes. I perform and have performed a variety of investigative tasks, including functioning as a case agent on computer crime cases. I have received training in the conduct of computer crime investigations. I also have received training and gained experience in interviewing and interrogation techniques, the execution of federal search and seizure warrants, and the identification and collection of computer-related evidence.

## Purpose of Declaration

2.  I submit this declaration in support of a complaint *in rem* for forfeiture of $821,030.15 U.S. currency, seized from East West Bank account ending in X5782. As set forth below, there is probable cause to believe, and I do believe, that these funds constitute or are derived from proceeds traceable to wire fraud in violation of 18 U.S.C. § 1343, and are therefore subject to seizure pursuant to 18 U.S.C. § 981(b) and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

3.  This declaration is intended to show only that there is sufficient probable cause to believe the seized funds are subject to forfeiture, and does not set forth all of my knowledge about this matter. The facts set forth in this declaration are based on my own personal

knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

### Overview of the Investigation and Seizure of Defendant *in Rem*

10. On or about October 28, 2019, Cynthia Leiser ("Leiser"), representing the Portland Bottling Company located in Portland, Oregon, submitted a report via the FBI's Internet Crime Complaint Center (IC3) website. The description of the incident as written by Ms. Leiser read as follows:

> "The persons committing the fraud sent an email seemingly from our vendor instructing us to change the bank information previously provided for all ACH payments. A person on the finance team did not recognize the email as fraudulent and made the change. The company then sent two ACH payments several days apart. On the 24th of October after the vendor complained about non-payment we realized we'd been victims of a fraud."

11. Based on my training and experience, I know that the scheme Ms. Leiser described above, to which the Portland Bottling Company fell victim, is commonly known as a business email compromise (BEC): where suspects register domain names or email addresses that are similar to legitimate domain names or email addresses in order to trick individuals into believing that the communications or emails are from a legitimate source.  Typically, the suspects, posing as a legitimate business or a known individual in need of an anticipated payment, request that the recipient of the spoofed email transfer money to the suspect's account. The recipient of the email then transfers or sends the money, believing the money is being sent to

a legitimate business or a known individual.

12.     On October 2, 2019, the Portland Bottling Company (PBC) received an email from the fraudster/s identifying themselves from Trans-Market stating they made upgrades to their billing system and will be using ACH (Automated Clearing House) for all transactions going forward.  Trans-Market is a known vendor for PBC.  The fraudster/s provided a new routing number of 322070381 and a new account number ending in X5782.  PBC did not recognize the email as fraudulent and made the ACH payment changes as requested.  As a result, PBC sent two ACH payments to the new account number.  The first payment sent on October 17, 2019, was in the amount of $825,278.25, and the second payment was sent on October 23, 2019, in the amount of $170,400.00.

13.     PBC realized they fell victim to a scam when the real Trans-Market contacted PBC regarding non-payment on October 24, 2019.  PBC immediately contacted their bank, US Bank, regarding the two fraudulent transactions.  US Bank was able to reverse the $170,400.00 transfer; however, the $825,278.25 transfer via wire had already been sent to the recipient bank – which I identified via the Federal Reserve Fedwire participant directory database and the routing number provided as – East West Bank in California.

14.     On October 25, 2019, PBC received an email from Trans-Market regarding a possible Phishing email scam that was being sent to their customers. The email Phishing falsely requested that customers change payment information for Trans-Market.

15.     On November 7, 2019, United States Magistrate Judge Russo signed a seizure warrant for all funds up to $825,278.25 contained within East West Bank account ending in X5782.  The seizure warrant was executed that same day.  A total of $821,030.15 in U.S.

currency remained in the account and was seized.

16. Following execution of the seizure warrant, I learned that East West Bank account ending in X5782 was opened on November 18, 2018, at East West Bank located on Rosewood Drive in Pleasanton, California. The account was opened by "Paula Theisen," DOB XX/XX/1992, with a residential address listed as, 629 Jefferson Street, Hayward, California, using Nevada driver's license number 1885625126100.  A driver's license inquiry indicated that driver's license does not exist. Furthermore, a driver's license or identification card does not exist in Nevada or California for "Paula Theisen" with DOB of XX/XX/1992. It is believed that the identification card used to create the account was fraudulent. The residential address listed on the account was identified as a commercial property currently operating as Jefferson Auto Repair.  A review of the account revealed very little activity. Prior to the fraudulent deposits in October 2019, the last deposit activity occurred in February 2019 in the amount of .38 cents. I believe that the account was opened for the sole purpose of being used for illegal activity.

## Conclusion

17. Based on the foregoing, there is probable cause to believe, and I do believe, that unidentified individuals have committed violations of 18 U.S.C. § 1343 (wire fraud) in contriving to get PBC to wire the above-mentioned funds to an account purportedly owned by one of its vendors, Trans-Market, when in fact it was not.  The $821,030.15 U.S. currency that was seized on November 7 from East West Bank account ending in X5782 constitutes or is derived from proceeds traceable to wire fraud in violation of 18 U.S.C. § 1343, and is therefore subject to seizure pursuant to 18 U.S.C. § 981(b) and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

18.     I have presented this declaration to Assistant United States Attorney Katie de Villiers, and she has advised me that, in her opinion, there is probable cause to forfeit the $821,030.15 described in this declaration.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Executed this 9th day of January 2020.

*/s/ Joseph Schneider*
JOSEPH SCHNEIDER
Special Agent, FBI

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____