UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cv-00036-BR |
| **Plaintiff,** | |
| v. | **WARRANT FOR ARREST AND SEIZURE OF PROPERTY** |
| **$821,030.15 IN UNITED STATES CURRENCY,** *in rem*, | |
| **Defendant.** | |

TO:   THE UNITED STATES MARSHALS SERVICE OR OTHER AUTHORIZED OFFICERS

Based upon the Complaint filed herein praying that process issue for the arrest of Defendant, *in rem*, $821,030.15 U.S. currency, and the Court being satisfied that based upon the verified Complaint filed that there is probable cause to believe that Defendant, *in rem*, $821,030.15 U.S. currency, constitutes, or is derived from, proceeds traceable to 18 U.S.C. § 1343 (Wire Fraud) and is forfeitable to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461,

You are hereby commanded to arrest and take into your possession until further order of the Court, Defendant, *in rem*, $821,030.15 U.S. currency.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant, *in rem*, may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous.  The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G(5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon  97204. The claim and Answer must be served upon Katherine C. de Villiers, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon  97204. Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Dated:** January 10, 2020

_____
ANNA J. BROWN
United States Senior District Judge

**Warrant for Arrest and Seizure of Property**                                                                                                      **Page 2**